Charles Bence, an Infant, by Katie Bence, His Guardian ad Litem, Respondent, v. David Eisler (Sometimes Known as Davis Eisler) and Samuel Gross, Appellants.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Richard White, Appellant.— Judgment affirmed. No opinion.

Charles Blier and Others, Appellants, v. Morris Bloch and Elias Goodman, Respondents.— Judgment affirmed, with costs. No opinion.

The People of the State of New York v. John Murphy.— Motion granted unless defendant complies with terms stated in memorandum per curiam. Settle order on notice.

In the Matter of Max D. Quitman.— Reference ordered. Settle order on notice.

In the Matter of Louise B. Hughes.— Motion denied. Settle order on notice.

Russo-Chinese Bank, Respondent, v. Evans R. Dick and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary Hartsell, Respondent, v. Star Company, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion.

Mary Hartsell, Respondent, v. The New York Evening Journal Publishing Company, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion.

Ellen Spencer Mussey, Appellant, v. Pedro C. Casanova, Respondent, Impleaded with Mary L. Montalvan.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Pedro C. Casanova, Respondent, v. Ellen Spencer Mussey, Appellant, Impleaded with Ernest L. Conant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Samuel Schwarzschild and Others, Respondents, v. Frederick Joseph, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Julien J. Mason and Others v. Herman Fromme.— Motion for stay denied, with ten dollars costs.

The People of the State of New York v. Elias Diamond.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

The People of the State of New York v. William Duffy.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

The People of the State of New York v. Giovanni Macciarulo.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

Van Schaick Realty Company v. Ida Abramson, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Elizabeth Ward, as Administratrix, etc., v. The New York Central and Hudson River Railroad Company.— Motion to dismiss appeal granted, with ten dollars costs.

Lancelot M. Berkeley v. Frank M. Dusenberry and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.